# Exhibit 12

**U.S. Patent No. 9,310,855 – Infringement Claim Chart**

| Claim 8 | Identification |
|---|---|
| [8pre] A flexible data center including T rows of server racks, comprising: | Digital Realty uses flexible datacenters including T-rows of server racks comprising the elements below.<br><br>For example, Digital Realty DFW10 is such a flexible datacenter.<br><br>[Image of aerial view of Digital Realty DFW10 datacenter building] |

| Claim 8 | Identification |
|---|---|
|  | <br><br>https://www.youtube.com/watch?v=uXia-8D0N-A |

| Claim 8 | Identification |
|---|---|
| | **DIGITAL REALTY.**   Data Centers   PlatformDIGITAL® <br><br> Home > ... > Dallas > DFW10 <br><br> **Dallas DFW10** <br><br> Located in the Univision tower and used by over 60 carriers, this data center is one of North America's premier internet gateways. Take advantage of all the colocation opportunities in Dallas/Ft. Worth, a hub for leading communications providers in the Americas, Europe, and Asia-Pacific countries. <br><br> https://www.digitalrealty.com/data-centers/americas/dallas/dfw10 |
| [8a] a number B of blocks on a site, each block including: | The datacenter includes a number B of blocks on a site each block including the below. |

| Claim 8 | Identification |
|---|---|
| | [aerial map image showing labeled blocks: 1252 Alma, Substation, 850 E. Collins Blvd., 950 E. Collins Blvd., 1232 Alma Road, 900 Quality Way, 904 Quality Way, 908 Quality Way, 1215 Integrity Drive, 1210 Integrity Drive, 905 Security Row, 907 Security Row] <br><br> https://www.youtube.com/watch?v=uXia-8D0N-A |
| [8b] one to a number P of perimeter structures, wherein each perimeter structure houses up to a number R of rows of server racks; and | Each block includes one to a number P of perimeter structure, wherein each perimeter structure houses up to a number R of rows of server racks. |

Page 4

| Claim 8 | Identification |
|---|---|
|  | https://www.youtube.com/watch?v=uXia-8D0N-A |
| [8c] a connecting structure connected to the number P of perimeter structures, wherein the connecting structure houses operations monitoring equipment for the server racks, and wherein the one to the number P of perimeter structures retain functionality independent of the connecting structure; | Each block includes a connecting structure connected to the number P of perimeter structures, wherein the connecting structure houses operations monitoring equipment for the server racks, and wherein the one to the number P of perimeter structures retain functionality independent of the connecting structure.<br><br>For example, connecting structure is shown connected to the perimeter structures. On information and belief, the connecting structure houses monitoring equipment for the server racks. |

Page 5

| Claim 8 | Identification |
| --- | --- |
| | <br><br>https://www.youtube.com/watch?v=uXia-8D0N-A<br><br>https://www.se.com/us/en/work/campaign/life-is-on/case-study/digital-realty.jsp<br><br>One to the number P of the perimeter structures retains functionality independent of the connecting structure. |

| Claim 8 | Identification |
|---|---|
| | **DIGITAL REALTY** |
| | Home > ... > Dallas > DFW18 |
| | Power you can count on. |
| | UPS redundancy: 2N |
| | **Cooling** |
| | Cooling that never quits. |
| | Cooling redundancy: N+1 |
| | https://www.digitalrealty.com/data-centers/americas/dallas/dfw18 |

Page 7

| Claim 8 | Identification |
|---|---|
| | **N+1 definition**<br><br>If N equals the amount of capacity needed to run the facility, N+1 indicates an additional component added to support a single failure or required maintenance on a component. Design standards typically call for 1 extra unit for every 4 needed. So if you have, say, 8 UPS units, then you should at least have 10 total UPS units.<br><br>**2N definition**<br><br>2N refers to a fully redundant, mirrored system with two independent distribution systems. They are not connected in any way and are not dependent on each other. This means that even if one power source has an interruption or loss of power, the other should still supply power and accommodate full load, thereby eliminating any potential downtime from the loss of one side or leg of the system.<br><br>https://www.digitalrealty.com/resources/articles/2n-vs-n-1 |
| [8d] a total integer number T/R of perimeter structures comprising the | As shown, there are R rows of server racks where T/R comprises the P perimeter structures. |

| Claim 8 | Identification |
|---|---|
| number P of perimeter structures, wherein: | https://www.youtube.com/watch?v=uXia-8D0N-A |
| [8e] at most one perimeter structure houses less than R rows of server racks; | At most one perimeter structure houses less than R rows of server racks. For examples, as shown, no perimeter structure houses less than R rows of server racks. |

| Claim 8 | Identification |
|---|---|
|  | ![Aerial rendering of a data center building with six suites highlighted in blue, labeled "Six 1125KW Turn Key Data Centers" and "Suite 110", "Suite 120", "Suite 130", "Suite 140", "Suite 150", "Suite 160".] |
| [8f] B is equal to an integer number (T/R)/P; and | B is equal to an integer number (T/R)/P. |

| Claim 8 | Identification |
|---|---|
|  | https://www.youtube.com/watch?v=uXia-8D0N-A |
| [8g] at most one block includes less than P perimeter structures; | On information and belief, at most one block includes less than P perimeter structures. For example, no blocks shown include less than P perimeter structures. |

| Claim 8 | Identification |
|---|---|
|  | ![Six 1125KW Turn Key Data Centers - Suites 110, 120, 130, 140, 150, 160]<br>https://www.youtube.com/watch?v=uXia-8D0N-A |
| [8h] a number of cooling units connected to an exterior of a respective perimeter structure, wherein a type of the number of cooling units is particular to a climate of the site; and | Cooling units are mounted on the roof (connected to an exterior of a respective perimeter structure). On information and belief, the connecting structure between the P perimeter structures houses mechanical cooling air flow from the roof mounted cooling units to the server racks. |

Page 12

| Claim 8 | Identification |
|---|---|
|  | <br>The type and number of cooling units is particular to a climate of the site. |

| Claim 8 | Identification |
|---|---|
| | **Advantages of air cooling in data centers:**<br><br>- Generally reliable performance levels and suitable for various data center types<br>- Proven technology with a history of effective air temperature management<br>- Easily implemented in both small and large-scale facilities<br><br>**Disadvantages of air cooling in data centers:**<br><br>- Potential for high energy consumption, especially for facilities in warmer climates<br>- Dependence on airflow can cause fluctuations in energy usage<br>- Can bring high energy costs if not managed effectively<br><br>https://www.digitalrealty.com/resources/articles/future-of-data-center-cooling |
| [8i] a number of power conditioner units connected to the exterior of the respective perimeter structure, wherein a type of the number of power conditioner units is particular to a desired power quality and to the climate of the site. | A number of power conditioner units are connected to the exterior of the respective perimeter structure, wherein a type of the number of power conditioner units is particular to a desired power quality and to the climate of the site.<br><br>For example, location of the power equipment connected to the exterior of the perimeter structures is shown below (in connection with a Houston datacenter). On information and belief, such power equipment (particular to a desired power quality and to the climate of the site) would be similarly located in the Dallas datacenter. |

| Claim 8 | Identification |
|---|---|
|  | <br>https://www.youtube.com/watch?v=futyu4a_ssw |

Page 15