# Exhibit 14

**U.S. Patent No. 7,939,967 – Infringement Claim Chart**

| Claim 1 | Identification |
|---|---|
| [1pre] An apparatus, comprising: | Digital Realty data centers comprise an apparatus comprising the limitations below.<br><br>[Image: Digital Realty Dallas Data Center aerial view with annotation "Redundant Dual Feed Substation 138 kv From West Plano 138 kv From East Richardson"]<br><br>https://www.youtube.com/watch?v=uXia-8D0N-A<br><br>[Image: DIGITAL REALTY Data Centers — Home > ... > Dallas > DFW28]<br><br>**Power**<br>Energy-efficient solutions powering your success.<br><br>UPS redundancy:   2N |

**U.S. Patent No. 7,939,967 – Infringement Claim Chart**

| Claim 1 | Identification |
|---|---|
|  | https://www.digitalrealty.com/data-centers/americas/dallas/dfw28<br><br>**2N definition**<br><br>2N refers to a fully redundant, mirrored system with two independent distribution systems. They are not connected in any way and are not dependent on each other. This means that even if one power source has an interruption or loss of power, the other should still supply power and accommodate full load, thereby eliminating any potential downtime from the loss of one side or leg of the system.<br><br>https://www.digitalrealty.com/resources/articles/2n-vs-n-1 |
| [1a] a first power supply coupled to an electrical load and a first source of electrical energy, the first power supply configured to issue an alert signal indicative of a failure condition of the first source of electrical energy; and | Digital Realty data centers comprise a first power supply coupled to an electrical load and a first source of electrical energy, the first power supply configured to issue an alert signal indicative of a failure condition of the first source of electrical energy.<br><br>For example, Digital Realty data centers offer 2N power redundancy by connecting independent electrical sources to two uninterruptable power supplies in a mirrored system, configured to issue an alert signal indicative of the failure condition of the source of electrical energy.<br><br>DIGITAL REALTY    Data Centers<br><br>Home > ... > Dallas > DFW28<br><br>**Power**<br><br>Energy-efficient solutions powering your success.<br><br>UPS redundancy:   2N |

**U.S. Patent No. 7,939,967 – Infringement Claim Chart**

| Claim 1 | Identification |
|---|---|
| | https://www.digitalrealty.com/data-centers/americas/dallas/dfw28<br><br>**2N definition**<br><br>2N refers to a fully redundant, mirrored system with two independent distribution systems. They are not connected in any way and are not dependent on each other. This means that even if one power source has an interruption or loss of power, the other should still supply power and accommodate full load, thereby eliminating any potential downtime from the loss of one side or leg of the system.<br><br>https://www.digitalrealty.com/resources/articles/2n-vs-n-1<br><br>[Diagram of data center with labels: Building Shell, HVAC, Electrical Utility Service (Not Shown in Image), Mechanical Galleries, Power Distribution Unit (PDU), Electrical Rooms (UPS, Switchboard, etc.), Batteries, Generators, Shipping / Receiving Area, Meet-Me-Room, Lobby / Entrance, Raised Floor, Computer Servers]<br><br>Source: Digital Realty Investor Presentation<br><br>https://www.simplysafedividends.com/world-of-dividends/posts/101-digital-realty-benefits-from-secular-growth-in-data |

## U.S. Patent No. 7,939,967 – Infringement Claim Chart

| Claim 1 | Identification |
|---|---|
| | Data centres require a large supply of power, connected to the main grid. This voltage is then transformed and supplied through cable that is designed to minimise heat and maximise power distribution. All data centres should have at least N+1 redundancy for power, so that service can continue uninterrupted when electricity sources fail. Facilities account for this by using both a fuel-powered generator and an intermediary battery powered Uninterruptible Power Supply (UPS) system. In the event of a power outage, the UPS takes over with backup batteries, protecting against voltage spikes and powering equipment until backup generators switch on to take over the load. https://www.digitalrealty.com/resources/articles/data-center-design <br><br> The facility provides 24/7/365 communication among 195+ Digital Realty global data center properties and customers worldwide, enabling new levels of **centralized network monitoring, product support, event management, infrastructure monitoring and security**. This builds on our world-class service, user experience and operational excellence that includes 11 consecutive years of 5 nines (99.999%) uptime, with our industry-leading physical resiliency at the core. <br><br> At more than 1,200-square feet with a full-time staff, the center provides: <br><br> • Centralized incident management and escalation including consistent, portfolio-wide messaging, as well as proprietary communications coordination and standardization for major events or escalated threat conditions. <br> • Round-the-clock monitoring of portfolio-wide data center status <br> • High-performance analytics tools for measurable service assurance to avoid performance degradation and bandwidth bottlenecks <br> • Ability to predict outages and disruptions, and make remedial decisions quickly and intelligently <br> • Real-time weather and threat monitoring via third-party monitoring bureau <br> • Critical resource mobilization for site event support (engineers, temporary generators, fuel tracking) <br> • Recurring wellness checks with sites during extended threat or severe weather events <br> • Round-the-clock network connectivity systems monitoring and support <br><br> https://www.digitalrealty.com/resources/solution-briefs/newly-expanded-global-operations-command-center-in-clifton-nj-accelerates |
| [1b] a second power supply coupled to the electrical load and a second source of electrical energy, the second power supply configured to transition from a lesser output level to a greater output level in response to an activation signal. | Digital Realty data centers comprise a second power supply coupled to the electrical load and a second source of electrical energy, the second power supply configured to transition from a lesser output level to a greater output level in response to an activation signal. <br><br> For example, Digital Realty data centers offer 2N power redundancy by connecting independent electrical sources to two uninterruptable power supplies, configured transition from a lesser output level to a greater output level in response to an activation signal. |

**U.S. Patent No. 7,939,967 – Infringement Claim Chart**

| Claim 1 | Identification |
|---|---|
|  | **DIGITAL REALTY.**   Data Centers<br><br>Home > ... > Dallas > DFW28<br><br>**Power**<br><br>Energy-efficient solutions powering your success.<br><br>UPS redundancy:   **2N**<br><br>https://www.digitalrealty.com/data-centers/americas/dallas/dfw28<br><br>**2N definition**<br><br>2N refers to a fully redundant, mirrored system with two independent distribution systems. They are not connected in any way and are not dependent on each other. This means that even if one power source has an interruption or loss of power, the other should still supply power and accommodate full load, thereby eliminating any potential downtime from the loss of one side or leg of the system.<br><br>https://www.digitalrealty.com/resources/articles/2n-vs-n-1 |

**U.S. Patent No. 7,939,967 – Infringement Claim Chart**

| Claim 1 | Identification |
|---|---|
| | <br>https://www.youtube.com/watch?v=uXia-8D0N-A<br><br>Source: Digital Realty Investor Presentation<br><br>https://www.simplysafedividends.com/world-of-dividends/posts/101-digital-realty-benefits-from-secular-growth-in-data |

**U.S. Patent No. 7,939,967 – Infringement Claim Chart**

| Claim 1 | Identification |
|---|---|
|  | Data centres require a large supply of power, connected to the main grid. This voltage is then transformed and supplied through cable that is designed to minimise heat and maximise power distribution. All data centres should have at least N+1 redundancy for power, so that service can continue uninterrupted when electricity sources fail. Facilities account for this by using both a fuel-powered generator and an intermediary battery powered Uninterruptible Power Supply (UPS) system. In the event of a power outage, the UPS takes over with backup batteries, protecting against voltage spikes and powering equipment until backup generators switch on to take over the load. https://www.digitalrealty.com/resources/articles/data-center-design |