# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| **Valtrus Innovations Ltd. and** § | | |
| **Key Patent Innovations Ltd.** § | | |
| § | | |
| Plaintiffs, § | | |
| v. § | | CASE NO. 2:24-cv-00535 |
| § | | |
| **Digital Realty Trust, Inc.** § | | JURY TRIAL DEMANDED |
| and § | | |
| **Digital Realty Trust, L.P.**, § | | |
| § | | |
| Defendants. | | |

## PLAINTIFFS VALTRUS INNOVATIONS LTD.'S AND KEY PATENT INNOVATIONS LTD.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiffs Valtrus Innovations Ltd. ("Valtrus") and Key Patent Innovations Ltd. ("KPI") state the following:

- Valtrus is a wholly-owned subsidiary of Key Patent Innovations Limited. No publicly held corporation owns 10% or more of Valtrus' stock.

- KPI is a wholly-owned subsidiary of New PP Licensing LLC. No publicly held corporation owns 10% or more of KPI's stock.

July 12, 2024

Respectfully submitted,

*/s/ Eric H. Findlay*
Matthew G. Berkowitz – LEAD ATTORNEY
Aaron Morris
Patrick Colsher
Reichman Jorgensen Lehman & Feldberg LLP
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Tel: (650) 623-1401
mberkowitz@reichmanjorgensen.com
amorris@reichmanjorgensen.com
pcolsher@reichmanjorgensen.com

        Connor S. Houghton
        Ariane S. Mann
        Reichman Jorgensen Lehman & Feldberg LLP
        1909 K Street NW, Suite 800
        Washington DC, 20006
        Tel: (202) 894-7310
        choughton@reichmanjorgensen.com
        amann@reichmanjorgensen.com

        Eric H. Findlay (TX Bar No. 00789886)
        FINDLAY CRAFT, P.C.
        7270 Crosswater Avenue, Suite B
        Tyler, Texas 75703
        Tel: (903) 534-1100
        Fax: (903) 534-1137
        Email: efindlay@findlaycraft.com

        *Attorneys for Plaintiffs*
        *Valtrus Innovations Limited and Key Patent*
        *Innovations Limited*

## **CERTIFICATE OF SERVICE**

Pursuant to Local Rule CV-5(c), I hereby certify that on the 12th day of July, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record in this matter.

        /s/ *Eric H. Findlay*
        Eric H. Findlay